UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                           Case No. 3:23-cr-1

vs.

RONALD L. PARKER, III,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 26)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 26.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as to Count One of the Information, charging him with possession with intent to distribute a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  Doc. No. 22.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  March 28, 2023                                    s/ Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge